EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Salvador Ribas Dominicci | 2018 TSPR 170 <br><br> 201 DPR ____ |

Número del Caso: TS-7,552

Fecha: 4 de octubre de 2018

Abogado de la peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Salvador Ribas Dominicci                TS-7552

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de octubre de 2018.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía,* presentada el 24 de septiembre de 2018 por el Sr. Salvador Ribas Dominicci, se da por cumplida nuestra orden del 3 de julio de 2018 y se provee ha lugar a la solicitud de reinstalación.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo